**No. P66/42.**—Weather-Rite Sportswear Co., Inc. v. United States, protests 61/16980, etc. (New York).

**No. P66/43.**—Broadway Importing Co., Inc. v. United States, protest 64/15671 (New York).

NICHOLS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of articles of synthetic rubber similar in all material respects to those the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, APRIL 26, 1966

**No. P66/44.**—Ross Products, Inc. v. United States, protests 59/18387, etc. (New York).

**No. P66/45.**—Ross Products, Inc. v. United States, protests 60/10994, etc. (New York).

LANDIS, J. In accordance with stipulation of counsel that the items of merchandise marked "T" covered by the foregoing protests consist of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), and that the items of merchandise marked "D" covered by the foregoing protests consist of cups and saucers similar in all material respects to those the subject of *United States* v. *The Baltimore & Ohio R.R. Co. a/c United China & Glass Company* (47 CCPA 1, C.A.D. 719), the claims of the plaintiffs were sustained.

BEFORE THE THIRD DIVISION, APRIL 27, 1966

**No. P66/46.**—W. Kay Co., Inc. v. United States, protests 64/22125 (B), etc. (New York).

LANDIS, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of cups and saucers similar in all material respects to those the subject of *W. Kay Company, Inc.* v. *United States* (53 Cust. Ct. 130, C.D. 2484), the claim of the plantiff was sustained.